United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 19-33340 |
| **CLINT DAN-WILLIS HORN,** § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

This matter is before the Court on the Motion for Relief from Stay (ECF No. 95) filed by Rufino Arias and Helga M. Arias. The movants failed to follow this Court's procedures,[1] and the Bankruptcy Local Rules in filing this motion.

In addition to the failure to properly file this motion, it is denied for substantive reasons. Pursuant to 11 U.S.C. § 362(c), the stay applies to property of the estate until such property is no longer property of the estate. The stay continues until the earliest of the case being closed, dismissed, or discharged. This Court discharged the debtors by order dated January 24, 2023 (ECF No. 93). Therefore, the debtor's principal residence referenced in the motion is no longer property of the estate. Therefore, there is no automatic stay in place from which to grant relief.

**ACCORDINGLY, IT IS ORDERED** that the Motion for Relief from Stay at ECF number 95 is denied as moot.

SIGNED 01/24/2023

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court procedures can be found at the following website: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman. The movants failed to self-calendar this matter for hearing as required by this Court's procedures. The Bankruptcy Local Rules can be found at https://www.txs.uscorts.gov/page/bankruptcy-local-rules. Bankruptcy Local Rule 4001-1(a)(3) requires motions for relief from stay to include a notice that states that response must be filed no later than seven days prior to the scheduled hearing. The notice attached to the instant motion states that responses must be filed within 21 days from the date of service. Moreover, the attached Notice of Hearing on Relief from Stay (ECF No. 95-1) is blank. Finally, the movants failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h).