United States Bankruptcy Court
Southern District of Texas

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Clint Dan-Willis Horn <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4487 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Southern District of Texas | |
| Case number: | 19-33340 | |

**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clint Dan-Willis Horn
aka Clint Dan W. Horn, dba Globalview Consulting Group, dba New Light Church of God in Christ

1/24/23

**By the court:** Jeffrey P Norman
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 19-33340-jpn
Clint Dan-Willis Horn Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 3
Date Rcvd: Jan 24, 2023      Form ID: 318      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clint Dan-Willis Horn, 14007 Blisswood Dr., Houston, TX 77044-4944 |
| 10718831 | + | ARS/ Rescue Rooter Houston, 10515 Okanella St., #100, Houston, TX 77041-5349 |
| 10718834 | + | Coll Unlmtd, 2000 S Dairy Ashford, Houston, TX 77077-5700 |
| 10718841 | + | EZPawn, 2500 Bee Cave Rd., Ste. 200, Rollingwood, TX 78746-5869 |
| 10718843 | + | Guzman Law Firm, 8225 Gulf Frwy, Houston, TX 77017-4503 |
| 10718844 | + | Guzman Law Firm - Estimated Atty fees, 8225 Gulf Frwy, Houston, TX 77017-4503 |
| 10718845 | + | Harris County MUD #342, Catherine Wheeler, Tax A/C, 6935 Barney Rd., #110, Houston TX 77092-4443 |
| 10718846 | | Harris County Tax Office, P. O. Box 4622, Houston, Texas 77210-4622 |
| 10718848 | + | Hous High Cu, 8120 Washington, Houston, TX 77007-1038 |
| 10718849 | + | Humble ISD Tax Office, P.O. Box 4020, Humble, TX 77347-4020 |
| 10718851 | + | JLT Portfolio, 5757 Phantom Dr., #225, Hazelwood, MO 63042-2429 |
| 10718850 | + | James West, West Law Group, PLLC, 957 NASA Pwky., #503, Houston, TX 77058-3039 |
| 10718853 | + | Melissa Yvonne Glover-Horn, 14007 Blisswood Dr., Houston, TX 77044-4944 |
| 10734446 | | Nelnet on behalf of Trellis Company, Trellis Company, P.O Box 83100, Round Rock, TX 78683-3100 |
| 10718856 | + | Nicole Hillman, PO Box 2725, League City, TX 77574-2725 |
| 10718859 | + | Rufino Arias, 187 Robin Ln., Frederickburg, TX 78624-7434 |
| 10728396 | + | Summerwood Community Association Inc, c/o Crest Management Co, PO Box 219320, Houston TX 77218-9320 |
| 10718861 | + | Summerwood Community Association, Inc., c/o Crest Management Co., PO Box 52313, Phoenix, AZ 85072-2313 |
| 10718862 | + | Unitenergycu, 8790 Fm 1960 Bypass Rd W, Humble, TX 77338-3945 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJSNORTHRUP.COM | Jan 25 2023 01:04:00 | Janet S Casciato-Northrup, Hughes Watters and Askanase, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| cr | + | EDI: PHINAMERI.COM | Jan 25 2023 01:04:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 24 2023 20:03:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | EDI: AGFINANCE.COM | Jan 25 2023 01:04:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 10734354 | | EDI: PHINAMERI.COM | Jan 25 2023 01:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 10718829 | + | Email/Text: bankruptcy@rentacenter.com | Jan 24 2023 20:03:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 10718830 | + | EDI: PHINAMERI.COM | Jan 25 2023 01:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 10718832 | + | Email/Text: president@bcfcu.com | Jan 24 2023 20:03:40 | Bayou City Fed Credit, 6414 Fannin St Ste G50, Houston, TX 77030-1500 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 10718835 | | Email/Text: BKY@conserve-arm.com | Jan 24 2023 20:03:00 | Conserve, PO Box 7, Fairport, NY 14450 |
| 10718833 | + | Email/Text: AllBankruptcyEBN@il.cslegal.com | Jan 24 2023 20:03:00 | Codilis & Moody, P.C., 400 N. Sam Houston Pkwy. E., Ste. 900A, Houston, TX 77060-3548 |
| 10754269 | ^ | MEBN | Jan 24 2023 20:01:03 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 10718836 | + | EDI: CCS.COM | Jan 25 2023 01:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 10718838 | ^ | MEBN | Jan 24 2023 20:00:35 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113E, Syosset, NY 11791-4401 |
| 10718839 | + | EDI: NAVIENTFKASMDOE.COM | Jan 25 2023 01:04:00 | Dept of Ed / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 10718840 | + | Email/Text: vballew@eccu.net | Jan 24 2023 20:03:00 | Energy Capital Cred Un, Po Box 2309, Houston, TX 77252-2309 |
| 10773558 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 24 2023 20:03:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 10718842 | | Email/Text: oportillo@globeacceptance.com | Jan 24 2023 20:03:00 | Globe Acceptance Inc, 3410 Merle Hay Rd, Des Moines, IA 50310 |
| 10718847 | + | Email/Text: ahamilton@hillcrestdavidson.com | Jan 24 2023 20:03:00 | Hillcrest Davidson & A, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 10720598 | | EDI: IRS.COM | Jan 25 2023 01:04:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 10718852 | | Email/Text: houston_bankruptcy@LGBS.com | Jan 24 2023 20:03:00 | Linebarger, Goggan, Blair & Sampson, LLP, P.O. Box 3064, Houston, TX 77253-3064 |
| 10727255 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2023 20:11:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 10718854 | + | EDI: NAVIENTFKASMSERV.COM | Jan 25 2023 01:04:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 10773482 | | EDI: NAVIENTFKASMDOE.COM | Jan 25 2023 01:04:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 10718855 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2023 20:03:00 | Nelnet Loans, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 10718857 | + | Email/Text: curtism@nowaitloans.com | Jan 24 2023 20:03:00 | No Wait Cash, 13132 Veterans Memorial Dr, Houston, TX 77014-1904 |
| 10738298 | | EDI: AGFINANCE.COM | Jan 25 2023 01:04:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 10718858 | + | EDI: AGFINANCE.COM | Jan 25 2023 01:04:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 10718837 | | Email/Text: bankruptcy@payliance.com | Jan 24 2023 20:03:00 | Cybrcollect, Attn: Bankruptcy, 3 Easton Oval, Ste 210, Columbus, OH 43219 |
| 10765640 | + | EDI: JEFFERSONCAP.COM | Jan 25 2023 01:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 10718860 | + | Email/Text: bankruptcy@speedyinc.com | Jan 24 2023 20:03:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 12276132 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 24 2023 20:03:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 10718863 | + | Email/Text: bk@worldacceptance.com | | |

District/off: 0541-4 | User: ADIuser | Page 3 of 3
Date Rcvd: Jan 24, 2023 | Form ID: 318 | Total Noticed: 51

Jan 24 2023 20:03:48  WFC Limited Partnership, 108 Frederick St., Greenville, SC 29607-2532

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Summerwood Community Association, Inc., c/o Crest Management Co., PO Box 219320, Houston, TX 77218-9320 |
| 10734447 | * | Nelnet on behalf of Trellis Company, Trellis Company, P.O Box 83100, Round Rock, TX 78683-3100 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Curtis W McCreight | on behalf of Creditor Summerwood Community Association Inc. mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com;doucet@hooverslovacek.com;kay@hooverslovacek.com |
| Eloise A Guzman | on behalf of Debtor Clint Dan-Willis Horn eloiseguzman@gmail.com guzmaneloise@gmail.com;GuzmanLawFirm@jubileebk.net |
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Jennine Hovell-Cox | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V hovellcoxlaw@hotmail.com, hovellcox@aol.com |
| Neisi Idalia GarciaRamirez | on behalf of Creditor Freedom Mortgage Corporation neisi.garciaramirez@mccalla.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6